IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MCLAUGHLIN** | : | **CIVIL ACTION** |
| *Petitioner, pro se* | : | |
| | : | **NO. 20-1156** |
| v. | : | |
| | : | |
| **PENNSYLVANIA FIRST JUDICIAL** | : | |
| **DISTRICT (PROBATION),** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 19th day of April 2022, upon consideration of the petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 by Petitioner Michael McLaughlin, proceeding *pro se*, [ECF 2], and Respondents' response in opposition to the petition, [ECF 14], and after a careful review of the Report and Recommendation submitted by United States Magistrate Judge Elizabeth T. Hey, [ECF 15], to which no objections were filed,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ for *habeas corpus* is **DISMISSED**, as moot.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Petitioner was granted an extension to file objections, if any, by April 6, 2022. [ECF 17]. As of the date of this Order, Petitioner has not filed any objections, and the time to do so has expired. In the absence of any objections, the Report and Recommendation ("R&R") is reviewed under the "plain error" standard. *See Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003). Under this plain error standard of review, an R&R should only be rejected if the magistrate judge commits an error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights,' and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough, independent review of the record and the R&R, this Court finds no error was committed by the Magistrate Judge and, therefore, approves and adopts the R&R in its entirety.